| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hicks, Elton, A.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **xxx-xx-0244** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**3225 W. 85th Street**<br>**Chicago, IL**<br>ZIP CODE **60652** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 428216**<br>**Evergreen Park, IL**<br>ZIP CODE **60805** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other **real estate investment**

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Elton A. Hicks |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐    Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  **Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐    Yes, and Exhibit C is attached and made a part of this petition.<br>☑    No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑    Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>Elton A. Hicks |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Elton Hicks_
Signature of Debtor   **Elton A. Hicks**

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

12/29/2009
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|

**Signature of Attorney**

X _Jeffrey B. Rose_
Signature of Attorney for Debtor(s)

**Jeffrey B. Rose   Bar No.  06186133**
Printed Name of Attorney for Debtor(s) / Bar No.

**Tishler & Wald, Ltd.**
Firm Name

**200 S. Wacker Drive Suite 3000**

Address

**Chicago, IL 60606**

**312-876-3800          312-876-3816**
Telephone Number

12/29/2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re   **Elton A. Hicks**                                              Case No. _____

                                    Debtor                              Chapter    **7**    _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 0.00 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 13,745.26 |
| Average Expenses (from Schedule J, Line 18) | $ | 25,191.61 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 0.00 |

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In re  **Elton A. Hicks**

Debtor

Case No. _____

Chapter  **7**  _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ **343,404.94** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ **2,200.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ **0.00** |
| 4. Total from Schedule F | | $ **104,119.46** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ **447,524.40** |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re  **Elton A. Hicks**  ,                          Case No. _____

Debtor

Chapter    **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 2 | $   1,529,000.00 | | |
| B - Personal Property | YES | 3 | $      65,875.00 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 7 | | $   1,848,733.94 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $        2,200.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $     104,896.76 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $      13,745.26 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $      25,191.61 |
| TOTAL | | 25 | $   1,594,875.00 | $   1,955,830.70 | |

B6A (Official Form 6A) (12/07)

In re: __Elton A. Hicks_____   Case No. _____
                                                                    (If known)
                          Debtor

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 10837 S. Vincennes Avenue, Chicago, IL 60643 - investment property (single family residence) - titled in Family Realty Solutions, Inc. | Fee Owner | | $ 70,000.00 | $ 106,705.75 |
| 10869 S. Vincennes, Chicago, IL 60643 - investment property (single family residence) - titled in name of JAAB | Fee Owner | | $ 35,000.00 | $ 69,000.00 |
| 10873 S. Vincennes, Chicago, IL 60643 - investment property (single family residence) - titled in name of JAAB, LLC | Fee Owner | | $ 36,000.00 | $ 72,600.00 |
| 11042 S. Normal Avenue, Chicago, IL 60628 - investment property (single family residence) | Fee Owner | | $ 95,000.00 | $ 105,000.00 |
| 14514 S. Chicago Road, Dolton, IL 60419 - investment property (single family residence) | Fee Owner | | $ 75,000.00 | $ 88,399.00 |
| 17532 S. Mulberry Street, Country Club Hills, IL 60478 - investment property (single family residence) - titled in Family Realty Solutions, Inc. - Quit Claim Deed obtained from Vera Coleman - Mortgage in name of Vera Coleman | Fee Owner | | $ 130,000.00 | $ 129,000.00 |
| 301 W. 108th Place, Chicago, IL 60638 - investment property (single family residence) - titled in name of JAAB | Fee Owner | | $ 70,000.00 | $ 75,000.00 |
| 3225 W. 85th Street, Chicago, IL 60652 - Single Family residence | Fee Owner - Tenancy by the Entirety | J | $ 170,000.00 | $ 203,397.00 |
| 356 Minocqua Street, Park Forest, IL 60466 - investment property (single family residence) | Fee Owner | | $ 70,000.00 | $ 61,876.00 |
| 619 Margaret Avenue, Dolton, IL 60419 - investment property (single family residence) | Fee Owner | | $ 78,000.00 | $ 79,351.00 |
| 620 Margaret Street, Dolton, IL 60419 - investment property (single family residence) | Fee Owner | | $ 75,000.00 | $ 88,894.00 |

**B6A (Official Form 6A) (12/07) - Cont.**

In re:   **Elton A. Hicks**                                            Case No. _____

                  **Debtor**                                            **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **637 Margaret Street, Dolton, IL 60419 - investment property (single family residence)** | **Fee Owner** | | **$ 70,000.00** | **$ 77,811.00** |
| **6525 S. Claremont Avenue, Chicago, IL 60636 - investment property (single family residence)** | **Fee Owner** | | **$ 60,000.00** | **$ 55,000.00** |
| **8334 S. Ada Street, Chicago, IL 60620 - investment property (single family residence)** | **Fee Owner** | | **$ 150,000.00** | **$ 166,809.00** |
| **8538 S. Bishop Street, Chicago, IL 60620 - investment property (single family residence) - in name of Family Realty Solutions, Inc. - Quit Claim Deed obtained from Jerry & Emma Thomas - mortgage in name of Jerry Thomas** | **Fee Owner** | | **$ 125,000.00** | **$ 116,383.00** |
| **869 Bonnie Brae Lane, Bolingbrook, IL 60440 - investment property (single family residence)** | **Fee Owner** | | **$ 220,000.00** | **$ 250,760.00** |

**Total**   ➢   **$1,529,000.00**

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Elton A. Hicks**                                          ,        Case No. _____

Debtor                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | | **20.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Charter One Checking Account #9130027006** | | **100.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chicago Fire Fighters Credit Union - Savings Account #3860** | | **300.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chicago Fire Officers' Credit Union - Savings Account #2127** | | **300.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citibank Checking Account #0213442841**<br>**9449 S. Western Avenue**<br>**Chicago, IL 60620** | | **130.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Washington Mutual Checking Account #0980748704 - joint account with father for estate planning/signatory purposes only - all funds are fathers** | J | **175.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **One-half interest in one ordinary lot of household goods and furnishings including, table, chairs, tv, etc** | J | **1,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **One-half interest in one ordinary lot of books, pictures and miscellaneous art objects** | J | **100.00** |
| 6. Wearing apparel. | | **One ordinary lot of men's wearing apparel** | | **200.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **MetLife Insurance Co. Policy #886831649ul**<br>**Face Value: $35,000**<br>**Beneficiary: Joyita Hicks, Spouse**<br>**Cash Value: $4,000** | | **4,000.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Elton A. Hicks**                                                                    .          Case No. _____
                                                                                                                                    (If known)
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Chicago Deferred Comp 457(b) Pension Plan c/o Nationwide Retirement Solutions 205 W. Randolph Street, #1540 Chicago, IL 60606** | | **44,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% interest in Family Realty Solutions, Inc.** | | **100.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% interest in JAAB, LLC Value Unknown** | | **100.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **2 months rental due and owing from tenant located at 8538 Bishop, Chicago, IL** | | **2,600.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   **Elton A. Hicks** _____ ,          Case No. _____
                                                      **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Nissan Maxima 140,000 miles** | | **1,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Chevy Avalanche 130,000 miles Lender: CF Credit Union** | | **11,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Personal Computer - 2 years old** | | **250.00** |

_2_  continuation sheets attached                           Total  ➢  **$ 65,875.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re __**Elton A. Hicks**_____,      Case No. _____

Debtor                                                           (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. § 522(b)(2)
- ☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 100% interest in Family Realty Solutions, Inc. | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| 100% interest in JAAB, LLC Value Unknown | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| 1998 Nissan Maxima 140,000 miles | 735 ILCS 5/12-1001(c) | 1,000.00 | 1,000.00 |
| 2 months rental due and owing from tenant located at 8538 Bishop, Chicago, IL | 735 ILCS 5/12-1001(b) | 1,100.00 | 2,600.00 |
| 3225 W. 85th Street, Chicago, IL 60652 - Single Family residence | 735 ILCS 5/12-901 | 15,000.00 | 170,000.00 |
| Cash on hand | 735 ILCS 5/12-1001(b) | 20.00 | 20.00 |
| Charter One Checking Account #9130027006 | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| Chicago Deferred Comp 457(b) Pension Plan c/o Nationwide Retirement Solutions 205 W. Randolph Street, #1540 Chicago, IL 60606 | §40 ILCS 5/3-144.1, §40 ILCS 5/5-218, 4-135, 6-213, 19-117 | 44,000.00 | 44,000.00 |
| Chicago Fire Fighters Credit Union - Savings Account #3860 | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| Chicago Fire Officers' Credit Union - Savings Account #2127 | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| Citibank Checking Account #0213442841 9449 S. Western Avenue Chicago, IL 60620 | 735 ILCS 5/12-1001(b) | 130.00 | 130.00 |
| MetLife Insurance Co. Policy #886831649ul Face Value: $35,000 Beneficiary: Joyita Hicks, Spouse Cash Value: $4,000 | 735 ILCS 5/12-1001(f) | 4,000.00 | 4,000.00 |
| One ordinary lot of men's wearing apparel | 735 ILCS 5/12-1001(a),(e) | 200.00 | 200.00 |
| One-half interest in one ordinary lot of books, pictures and miscellaneous art objects | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |

**B6C (Official Form 6C) (12/07) - Cont.**

In re  **Elton A. Hicks**                                                    Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **One-half interest in one ordinary lot of household goods and furnishings including, table, chairs, tv, etc** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Personal Computer - 2 years old** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Washington Mutual Checking Account #0980748704 - joint account with father for estate planning/signatory purposes only - all funds are fathers** | **735 ILCS 5/12-1001(b)** | **175.00** | **175.00** |

B6D (Official Form 6D) (12/07)

In re  **Elton A. Hicks**                                    .        Case No. _____
                        **Debtor**                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0031090988**<br>**AHMSI - American Home Mrtge**<br>**PO Box 660029**<br>**Dallas, TX 75266-0029** | | | **Mortgage**<br>**10869 S. Vincennes, Chicago, IL 60643 - investment property (single family residence) - titled in name of JAAB**<br>_____<br>**VALUE $35,000.00** | | X | | 69,000.00 | 34,000.00 |
| ACCOUNT NO.  **0031091127**<br>**AHMSI - American Home Mrtge.**<br>**PO Box 660029**<br>**Dallas, TX 75266-0029** | | | **Mortgage**<br>**10873 S. Vincennes, Chicago, IL 60643 - investment property (single family residence) - titled in name of JAAB, LLC**<br>_____<br>**VALUE $36,000.00** | | X | | 72,600.00 | 36,600.00 |
| ACCOUNT NO.  **22272190**<br>**Bank of America**<br>**Home Loans Sevicing, LP**<br>**PO Box 650070**<br>**Dallas, TX 75265-0070** | | | **Mortgage**<br>**10837 S. Vincennes Avenue, Chicago, IL 60643 - investment property (single family residence) - titled in Family Realty Solutions, Inc.**<br>_____<br>**VALUE $70,000.00** | | X | | 11,930.00 | 11,930.00 |

6     continuation sheets
       attached

Subtotal  ➤
(Total of this page)                                    $  153,530.00 | $  82,530.00

Total  ➤
(Use only on last page)                              $            | $

(Report also on Summary of   (If applicable, report
Schedules)                           also on Statistical
                                            Summary of Certain
                                            Liabilities and
                                            Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Elton A. Hicks** _____ .          Case No. _____

Debtor                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  22267322 **Bank of America Home Loans Sevicing, LP PO Box 650070 Dallas, TX 75265-0070** **Bank of America Home Loans Servicing, LP PO Box 5170 Simi Valley, CA 93062-5170 Attn: Customer Service CA6-919-01-41** | | | **Mortgage 11042 S. Normal Avenue, Chicago, IL 60628 - investment property (single family residence)** <hr> **VALUE $95,000.00** | | X | | 105,000.00 | 10,000.00 |
| ACCOUNT NO.  3061209833 **Chase (Washington Mutual) PO Box 9001123 Louisville, KY 40290-1123** | | | **Mortgage 301 W. 108th Place, Chicago, IL 60638 - investment property (single family residence) - titled in name of JAAB** <hr> **VALUE $70,000.00** | | X | | 75,000.00 | 5,000.00 |
| ACCOUNT NO.  3061209825 **Chase (Washington Mutual) PO Box 100576 Florence, SC 29502-0576** | | | **Mortgage 356 Minocqua Street, Park Forest, IL 60466 - investment property (single family residence)** <hr> **VALUE $70,000.00** | | X | | 61,876.00 | 0.00 |

Sheet no. _1_ of _6_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

|  | |
|---|---|
| $  241,876.00 | $  15,000.00 |

Total ➤
(Use only on last page)

|  | |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  Elton A. Hicks                                              .        Case No. _____

      **Debtor**                                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  09-M1-139140<br><br>Chase Card Services<br>P.O. Box 15153<br>Wilmington, DE 19886-5153<br><br>Chase Card Services<br>P.O. Box 15298<br>Wilmington, DE 19850-5298<br><br>Chase Card Services<br>P.O. Box 15922<br>Wilmington, DE 19850-5922<br>Ref #599800 | | | 6/23/09<br>Judgment Lien<br>Judgment - Credit Card Debt - miscellaneous consumer goods and purchases - #4266-8410-6416-3650<br><br>VALUE $0.00 | X | | | 25,622.65 | 25,622.65 |
| ACCOUNT NO.<br><br>Chicago Fire Fighters Credit Union<br>10231 S. Western Avenue<br>Chicago, IL 60643 | | | Auto Loan<br>2002 Chevy Avalanche<br>130,000 miles<br>Lender: CF Credit Union<br><br>VALUE $11,000.00 | X | | | 13,000.00 | 2,000.00 |
| ACCOUNT NO.  8381720-5<br><br>CitiMortgage<br>PO Box 183040<br>Columbus, OH 43218-3040<br><br>Citimortgage<br>PO Box 6006<br>The Lakes, NV 88901 | | | Mortgage<br>17532 S. Mulberry Street, Country Club Hills, IL 60478 - investment property (single family residence) - titled in Family Realty Solutions, Inc. - Quit Claim Deed obtained from Vera Coleman - Mortgage in name of Vera Coleman<br><br>VALUE $130,000.00 | X | | | 129,000.00 | 0.00 |

Sheet no. 2 of 6 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

| $ 167,622.65 | $ 27,622.65 |
|---|---|
| $ | $ |

Total ➤
(Use only on last page)

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re **Elton A. Hicks**                                           Case No. _____
                        _____ .
                        **Debtor**                                           **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 92392810 08-CH-37937 <br><br> **GreenPoint Mortgage Funding, Inc. c/o Richard Heavner, Esq. Heavner Scott Beyers & Mihlar LLC PO Box 740 Decatur, IL 62525** <br><br> **GreenPoint Mortgage PO Box 1093 Branford, CT 06405-8093** <br><br> **GreenPoint Mortgage PO Box 84013 Columbus, GA 31908-4013** | | | 06/06/2007 <br> **Mortgage** <br> **8334 S. Ada Street, Chicago, IL 60620 - investment property (single family residence)** <br><br> **VALUE $150,000.00** | X | | | 166,809.00 | 16,809.00 |
| **ACCOUNT NO.** 410023-00-101218-2 <br><br> **HFC PO Box 3425 Buffalo, NY 14240-9733** <br><br><br> **HFC PO Box 17574 Baltimore, MD 21297** | | | **Mortgage** <br> **8538 S. Bishop Street, Chicago, IL 60620 - investment property (single family residence) - in name of Family Realty Solutions, Inc. - Quit Claim Deed obtained from Jerry & Emma Thomas - mortgage in name of Jerry Thomas** <br><br> **VALUE $125,000.00** | X | | | 116,383.00 | 0.00 |
| **ACCOUNT NO.** 34569002-00 <br><br> **Highland Community Bank 1701 W. 87th Street Chicago, IL 60620-4899** | | | **Mortgage** <br> **6525 S. Claremont Avenue, Chicago, IL 60636 - investment property (single family residence)** <br><br> **VALUE $60,000.00** | X | | | 55,000.00 | 0.00 |

Sheet no. 3 of 6 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

| $ 338,192.00 | $ 16,809.00 |
|---|---|

Total ➤
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Elton A. Hicks**                                           .          Case No. _____
               **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1001221994 & 09-CH-19155** | X | | 03/30/2007 **Mortgage 10837 S. Vincennes Avenue, Chicago, IL 60643 - investment property (single family residence) - titled in Family Realty Solutions, Inc.** _____ **VALUE $70,000.00** | | X | | 94,775.75 | 36,705.75 |
| **HSBC Bank, USA, N.A. c/o Fisher & Shapiro, LLC 4201 Lake Cook Road Northbrook, IL 60062-1060** **American Home Mortgage Servicing 4600 Regent Blvd., Suite 200 Irving, TX 75063 Attn: Loan Administration** **American Home Mortgage Servicing PO Box 631730 Irving, TX 75063-1730** | | | | | | | | |
| ACCOUNT NO. **19161157** | | | **Mortgage 3225 W. 85th Street, Chicago, IL 60652 - Single Family residence** _____ **VALUE $170,000.00** | | X | | 203,397.00 | 33,397.00 |
| **Litton Loan Servicing 4828 Loop Central Drive Houston, TX 77081-2212 Attn:  Customer Care** **Litton Loan Servicing P.O. Box 4387 Houston, TX 77210-4387** | | | | | | | | |

Sheet no. _4_ of _6_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

| $ 298,172.75 | $ 70,102.75 |
|---|---|

Total ➤
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Elton A. Hicks** _____.   Case No. _____

Debtor                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **08-CH-04306 & #071418473** | X | | **5/26/05**<br>**Mortgage**<br>**869 Bonnie Brae Lane,**<br>**Bolingbrook, IL 60440 -**<br>**investment property (single**<br>**family residence)**<br><br>**VALUE $220,000.00** | | X | | 250,760.00 | 30,760.00 |
| **Wells Fargo Bank, N.A.**<br>**c/o Codilis & Associates, P.C.**<br>**15 W 030 N. Frontage Road, Suite 100**<br>**Burr Ridge, IL 60527**<br>**Attn:  Richard Spencer, Esq.**<br><br>**Bank of America**<br>**Home Loans Sevicing, LP**<br>**PO Box 650070**<br>**Dallas, TX 75265-0070**<br><br>**BAC Home Loan Servicing LP**<br>**P.O. Box 961206**<br>**Fort Worth, TX 76161-0206**<br><br>**Balboa Insurance Company**<br>**3349 Michelson Drive**<br>**Suite 200**<br>**Irvine, CA 92612-8893** | | | | | | | | |
| ACCOUNT NO. **09-M1-131643** | | | **8/4/09**<br>**Judgment Lien**<br>**Judgment - credit card debt -**<br>**consumer goods and purchases**<br><br>**VALUE $0.00** | | X | | 64,125.54 | 64,125.54 |
| **Wells Fargo Bank, N.A.**<br>**c/o Heller and Frisone, Ltd.**<br>**33 N. LaSalle Street, Suite 1200**<br>**Chicago, IL 60602** | | | | | | | | |

Sheet no. _5_ of _6_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| $ 314,885.54 | $ 94,885.54 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  Elton A. Hicks                                    .          Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  50315001 <br><br>Wells Fargo Home Mortgage<br>PO Box 5296<br>Carol Stream, IL 60197-5296<br><br><br>Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306 | | | **Mortgage**<br>**14514 S. Chicago Road, Dolton,**<br>**IL 60419 - investment property**<br>**(single family residence)**<br><br>**VALUE $75,000.00** | | X | | 88,399.00 | 13,399.00 |
| ACCOUNT NO.  46714135 <br><br>Wells Fargo Home Mortgage<br>PO Box 5296<br>Carol Stream, IL 60197-5296 | | | **Mortgage**<br>**620 Margaret Street, Dolton, IL**<br>**60419 - investment property**<br>**(single family residence)**<br><br>**VALUE $75,000.00** | | X | | 88,894.00 | 13,894.00 |
| ACCOUNT NO.  49710502 <br><br>Wells Fargo Home Mortgage<br>PO Box 5296<br>Carol Stream, IL 60197-5296 | | | **Mortgage**<br>**637 Margaret Street, Dolton, IL**<br>**60419 - investment property**<br>**(single family residence)**<br><br>**VALUE $70,000.00** | | X | | 77,811.00 | 7,811.00 |
| ACCOUNT NO.  51599751 <br><br>Wells Fargo Home Mortgage<br>PO Box 5296<br>Carol Stream, IL 60197-5296 | | | **Mortgage**<br>**619 Margaret Avenue, Dolton, IL**<br>**60419 - investment property**<br>**(single family residence)**<br><br>**VALUE $78,000.00** | | X | | 79,351.00 | 1,351.00 |

Sheet no. 6 of 6 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  334,455.00 | $  36,455.00 |
| $  1,848,733.94 | $  343,404.94 |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re __Elton A. Hicks_____    Case No. _____
                                        Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑  **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re   **Elton A. Hicks**                                    ,                    Case No. _____

Debtor                                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Rainette Smith 10873 S. Vincennes Chicago, IL 60654** | | | **One-month Rental Security Deposit** | | X | | 1,100.00 | 1,100.00 | $0.00 |
| ACCOUNT NO. **Renee Hartley 356 Minocqua Street Park Forest, IL 60466** | | | **One-month Rental Security Deposit** | | X | | 1,100.00 | 1,100.00 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ➤ (Totals of this page) | $ **2,200.00** | $ **2,200.00**  $ **0.00** |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **2,200.00** | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **2,200.00**  $ **0.00** |

B6F (Official Form 6F) (12/07)

In re  **Elton A. Hicks** _____  Case No. _____

_____  **Debtor**  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **3746-320211-69485** | | | | | X | | 9,000.00 |
| **Bank of America** **P.O. Box 37291** **Baltimore, MD 21297-3291** | | | Credit Card Debt - miscellaneous consumer goods and purchases | | | | |
| ACCOUNT NO.  **3746-312079-09185** | | | | X | X | | 69,553.14 |
| **Bank of America** **P.O. Box 37271** **Baltimore, MD 21297-3271** **Bank of America** **P.O. Box 15026** **Wilmington, DE 19850-5026** **I.C. System, Inc.** **444 E. Highway 96** **St. Paul, MN 55127** **Global Client Solutions, LLC** **4500 S. 129th East Avenue** **Suite 177** **Tulsa, OK 74134** **Practical Debt Solutions** **200 S. Andrews Avenue** **Suite 604** **Ft. Lauderdale, FL 33301** | | | Credit Card Debt - miscellaneous consumer goods and purchases | | | | |

_2_  Continuation sheets attached

Subtotal  ➢  $  **78,553.14**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Elton A. Hicks**                                                    Case No. _____
                                    **Debtor**                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4802-1370-9825-1673** | | | | | X | | 5,966.65 |
| **Capital One Bank** PO Box 5294 Carol Stream, IL 60197-5294  **Capital One Bank** P.O. Box 30285 Salt Lake City, UT 84130-0285  **Capital One Services, LLC** c/o Nelson Watson & Associates LLC 80 Merrimack Street, Lower Level Haverhill, MA 01830 #870429610 | | | Credit Card Debt - miscellaneous consumer goods and purchases and business expenses of Family Realty Solutions, Inc. | | | | |
| ACCOUNT NO. **5582-5086-1930-7843** | | | | | X | | 8,000.00 |
| **Chase Card Services** P.O. Box 15153 Wilmington, DE 19886-5153 | | | Credit Card Debt - miscellaneous consumer goods and purchases | | | | |
| ACCOUNT NO. **806949-280432** | | | | | X | | 245.00 |
| **City of Chicago** The Dept. of Water Management P.O. Box 6330 Chicago, IL 60680-6330 | | | Water bill on investment property located at 10837 S. Vincennes Street, Chicago, IL | | | | |
| ACCOUNT NO. **825436-249210** | | | | | X | | 204.90 |
| **City of Chicago** The Dept. of Water Management P.O. Box 6330 Chicago, IL 60680-6330 | | | Water bill on investment property located at 8334 S. Ada Street, Chicago, IL | | | | |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $                      **14,416.55**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elton A. Hicks**                                          Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **823061-128014**  **City of Chicago The Dept. of Water Management P.O. Box 6330 Chicago, IL 60680-6330** | | | **Water bill on investment property located at 301 W. 108th Place, Chicago, IL 60628** | | X | | 327.40 |
| ACCOUNT NO.  **File #09-35097-0**  **FIA Card Services, N.A. c/o Blitt and Gaines, PC 661 W. Glenn Avenue Wheeling, IL 60090** | | | 7/28/09  **Credit Card Debt - miscellaneous consumer goods and purchases #3746-32999-775214** | | X | | 11,483.67 |
| ACCOUNT NO.  **16238686-001**  **Gerald Connors, M.D. c/o Jolas & Associates, LLP 202 1st St. NW PO Box 4000 Mason City, IA 50401** | | | 10/17/09  **Medical Services Rendered** | | X | | 116.00 |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **11,927.07**

Total  ➤  $  **104,896.76**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re: **Elton A. Hicks**_____,    Case No. _____
                           **Debtor**                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Mepco Finance Corporation**<br>**PO Box 5978**<br>**Carol Stream, IL 60197-5978** | **Auto warranty lease/financing agreement - #FSC-321327 (Marathon Financial Insurance Co.)** |
| **Mia Flowers**<br>**10869 S. Vincennes Avenue**<br>**Chicago, IL 60643** | **Rental/Lease Agreement between Debtor and Mia Flowers, Tenant, for property located at 10869 S. Vincennes, Chicago, IL** |
| **Rainette Smith**<br>**10873 S. Vincennes**<br>**Chicago, IL 60654** | **Rental/Lease Agreement between Debtor and Rainette Smith, Tenant, for property located at 10873 S. Vincennes, Chicago, IL** |

**B6H (Official Form 6H) (12/07)**

In re:  **Elton A. Hicks**                                        .        Case No. _____
                                    **Debtor**                                                        **(If known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Family Realty Solutions, Inc.**<br>**c/o Elton Hicks**<br>**3225 W. 85th Street**<br>**Chicago, IL 60652** | **HSBC Bank, USA, N.A.**<br>**c/o Fisher & Shapiro, LLC**<br>**4201 Lake Cook Road**<br>**Northbrook, IL 60062-1060** |
| **Joyita B. Hicks**<br>**3225 W. 85th Street**<br>**Chicago, IL 60652** | **Wells Fargo Bank, N.A.**<br>**c/o Codilis & Associates, P.C.**<br>**15 W 030 N. Frontage Road, Suite 100**<br>**Burr Ridge, IL 60527**<br>**Attn:  Richard Spencer, Esq.** |

B6I (Official Form 6I) (12/07)

In re  **Elton A. Hicks**                                     Case No. _____

                    Debtor                                              (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Spouse** | **46** |
| | **Son** | **15** |
| | **Daughter** | **12** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Firefighter** | **Housewife** |
| Name of Employer | **Chicago Firefighters** | |
| How long employed | **22 Years** | |
| Address of Employer | **10410 Hoxie Chicago, IL** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---:|---|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 7,107.50 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 7,107.50 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 1,415.04 | $ | 0.00 |
| b. Insurance | $ | 19.50 | $ | 0.00 |
| c. Union dues | $ | 57.00 | $ | 0.00 |
| d. Other (Specify)   **Charitable Contributions** | $ | 4.00 | $ | 0.00 |
| **Citation/Garnishment** | $ | 1,066.12 | $ | 0.00 |
| **Credit Union/Auto Loan** | $ | 418.00 | $ | 0.00 |
| **Credit Union/Savings** | $ | 500.00 | $ | 0.00 |
| **Deferred Comp** | $ | 200.00 | $ | 0.00 |
| **Health Insurance** | $ | 176.02 | $ | 0.00 |
| **Pension Plan** | $ | 648.56 | $ | 0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 4,504.24 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,603.26 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 11,142.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |

**B6I (Official Form 6I) (12/07) - Cont.**

In re  **Elton A. Hicks**                                                    Case No.  _____
        ────────────────────────────────
                    **Debtor**                                        **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

13. Other monthly income

(Specify) _____  $ _____ 0.00  $ _____ 0.00

| | | |
|---|---|---|
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $    11,142.00 | $    0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $    13,745.26 | $    0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 13,745.26 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE** _____

_____

B6J (Official Form 6J) (12/07)

In re **Elton A. Hicks**                                    ,          Case No. _____
_____
                    **Debtor**                                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,649.03 |
| a. Are real estate taxes included?    Yes ✓    No _____ | | |
| b. Is property insurance included?    Yes ✓    No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 350.00 |
| b. Water and sewer | $ | 35.00 |
| c. Telephone | $ | 240.00 |
| d. Other **Comcast (Housephone/Internet/Cable)** | $ | 250.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 120.00 |
| 4. Food | $ | 1,200.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 400.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 40.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 19.50 |
| c. Health | $ | 176.02 |
| d. Auto | $ | 250.00 |
| e. Other **Vehicle Warranty** | $ | 35.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 418.00 |
| b. Other **Citation/Garnishment ($566.03 each paycheck)** | $ | 1,132.06 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Business - Real Estate Investments - mortgages, etc** | $ | 18,227.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 25,191.61 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | $ | 13,745.26 |
| b. Average monthly expenses from Line 18 above | $ | 25,191.61 |
| c. Monthly net income (a. minus b.) | $ | -11,446.35 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Elton A. Hicks**                                                    Case No. _____
                    Debtor                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**27**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____*12-29-09*_____                    Signature: _____
                                                                              Elton A. Hicks
                                                                                            Debtor

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP
### (NOT APPLICABLE)

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

In re:  **Elton A. Hicks**                                                    ,        Case No. _____

                              Debtor                                                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐         State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **93,625.00** | **City of Chicago Firefighters Chicago, IL** | **12/31/2007** |
| **91,895.00** | **City of Chicago Firefighters Chicago, IL** | **12/31/2008** |
| **94,142.23** | **City of Chicago Firefighters Chicago, IL** | **12/1/2009** |

## 2.  Income other than from employment or operation of business

None
☐         State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **-75,963.00** | **Real Estate Investment Property - Losses due to poor economic conditions** | **12/31/2007** |
| **-45,105.00** | **Real Estate Investment Property - Losses due to poor economic conditions** | **12/31/2008** |
| **Unknown** | **Real Estate Investment Property - Losses due to poor economic conditions - total to date unknown at this time** | **12/31/2009** |

**2**

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Rental Property Mortgages (various lenders)** | **$17,827 (approximately) each month on the various mortgages on the rental/investment properties** | **53,480.00** | **1,300,000 estim.** |

None
☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding
☐      the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
       not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chase Bank USA, N.A. vs. Elton A. Hicks**<br>**09-M1-139140** | **Collection Suit against Debtor for credit card debt** | **Circuit Court of Cook County, IL Municipal Dept.** | **Judgment entered 6/23/09** |
| **HSBC Bank USA, N.A., et al vs. Elton A. Hicks, et al**<br>**09-CH-19155** | **Foreclosure Suit on property located at 10837 S. Vincennes Avenue, Chicago, IL** | **Circuit Court of Cook County, IL County Dept., Chancery Division** | **Pending** |
| **Greenpoint Mortgage Funding, Inc. vs. Elton Hicks, et al**<br>**08-CH-37937** | **Foreclosure suit on property located at 8334 S. Ada Street, Chicago, IL** | **Circuit Court of Cook County, IL County Dept., Chancery Division** | **Pending** |
| **Wells Fargo Bank, N.A., et al vs. Elton Hicks, et al**<br>**08-CH-04306** | **Foreclosure Suit on property located at 869 Bonnie Brae Lane, Bolingbrook, IL** | **12th Judicial District Circuit Court**<br>**Will County, Joliet, IL** | **Pending** |
| **Wells Fargo Bank, N.A. vs. Elton Hicks**<br>**09-M1-131643** | **Collection Suit against Debtor for credit card debt** | **Circuit Court of Cook County, IL Municipal Dept.** | **Judgment entered 8/4/09** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☐      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
       information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
       separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wells Fargo Bank, N.A.**<br>**c/o Heller and Frisone, Ltd.**<br>**33 N. LaSalle Street, Suite 1200**<br>**Chicago, IL 60602** | **8/4/09 Judgment** | **Wage Garnishment - $533.06 each paycheck ($1,066.12 per month)** |

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GreenPoint Mortgage Funding, Inc. c/o Richard Heavner, Esq. Heavner Scott Beyers & Mihlar LLC PO Box 740 Decatur, IL 62525** | **Foreclosure Suit** | **Greenpoint Mortgage Funding, Inc. vs. Elton Hicks, et al - 08-CH-37937 (Circuit Court of Cook County, IL - County Dept., Chancery Division) - Foreclosure suit on property located at 8334 S. Ada Street, Chicago, IL** |
| **HSBC Bank, USA, N.A. c/o Fisher & Shapiro, LLC 4201 Lake Cook Road Northbrook, IL 60062-1060** | **Foreclosure Suit** | **HSBC Bank USA, N.A., et al vs. Elton A. Hicks, et al - 09-CH-19155 (Circuit Court of Cook County, IL - County Dept., Chancery Division) - Foreclosure Suit on property located at 10837 S. Vincennes Avenue, Chicago, IL** |
| **Wells Fargo Bank, N.A. c/o Codilis & Associates, P.C. 15 W 030 N. Frontage Road, Suite 100 Burr Ridge, IL 60527 Attn:  Richard Spencer, Esq.** | **Foreclosure Suit** | **Wells Fargo Bank, N.A., et al vs. Elton Hicks, et al - 08-CH-04306 (12th Judicial District Circuit Court, Will County, IL) - Foreclosure Suit on property located at 869 Bonnie Brae Lane, Bolingbrook, IL** |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

5

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Tishler & Wald, Ltd.**<br>**200 S. Wacker Drive**<br>**Suite 3000**<br>**Chicago, IL 60606** | **12/3/2009 paid by Debtor** | **$2,000.00 partial payment received from Debtor (total due of $7,500.00) for the within bankruptcy (including court filing fees) - Debtor agrees to pay the remaining balance of $5,500.00 in monthly installments until paid in full** |

## 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **2005 Jeep Cherokee** | **11/30/2009** | **2005 Jeep Cherokee - sold for $4,000 - proceeds of sale used for attorney's fees, living expenses, etc.** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11.  Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **National City Bank**<br>**800-925-9259**<br>**Mother's Account (Debtor on account only for estate planning purposes)** | **Savings Account #1720005575 in name of Donna E. Hicks, Debtor's mother** | **Closed 11/28/09**<br>**$1,358 approximate amount at time of closing - funds turned over to mother** |

## 12.  Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13.  Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14.  Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15.  Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                          DATES OF OCCUPANCY

## 16.  Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

SITE NAME AND                 NAME  AND ADDRESS           DATE OF                 ENVIRONMENTAL
ADDRESS                            OF GOVERNMENTAL UNIT     NOTICE                   LAW

None ☑ b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND                 NAME  AND ADDRESS           DATE OF                 ENVIRONMENTAL
ADDRESS                            OF GOVERNMENTAL UNIT     NOTICE                   LAW

None ☑ c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME  AND ADDRESS                 DOCKET NUMBER                            STATUS OR
OF GOVERNMENTAL UNIT                                                            DISPOSITION

## 18. Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Family Realty Solutions, Inc.** | | **3225 W. 85th Street Chicago, IL 60652** | **Sole shareholder/direc tor of real estate investment company** | **10/28/2004**<br><br>**Present** |
| **JAAB, LLC** | | **3225 W. 85th Street Chicago, IL 60652** | **Sole shareholder/direc tor of real estate investment company** | **3/25/2005**<br><br>**Present** |

None
☐

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
| **Family Realty Solutions, Inc.** | |
| | **3225 W. 85th Street Chicago, IL 60652** |
| **JAAB, LLC** | |
| | **3225 W. 85th Street Chicago, IL 60652** |

## 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Blakney Tax Associates**<br>**11433 S. Emerald**<br>**Chicago, IL 60628** | **Income Tax preparation services for the last 2 years to present** |
| **Elton A. Hicks, Debtor**<br>**3225 W. 85th Street**<br>**Chicago, IL 60606** | |

None
☑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|

9

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Debtor is sole holder of** | **all books and records** |

None
☑   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

## 20. Inventories

None
☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None
☑   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|

## 21. Current Partners, Officers, Directors and Shareholders

None
☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None
☑   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|

## 22. Former partners, officers, directors and shareholders

None
☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☑   b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None ☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___12-29-09___

Signature of Debtor  _____
Elton A. Hicks

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Eastern Division

In re _____**Elton A. Hicks**_____,      Case No. _____
                              Debtor                                              Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**AHMSI - American Home Mrtge** | **Describe Property Securing Debt:**<br>**10869 S. Vincennes, Chicago, IL 60643 - investment property (single family residence) - titled in name of JAAB** |

Property will be *(check one)*:
    ☐ Surrendered    ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt    ☑ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**AHMSI - American Home Mrtge.** | **Describe Property Securing Debt:**<br>**10873 S. Vincennes, Chicago, IL 60643 - investment property (single family residence) - titled in name of JAAB, LLC** |

Property will be *(check one)*:
    ☐ Surrendered    ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt    ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br><br>**Bank of America** | **Describe Property Securing Debt:**<br><br>**11042 S. Normal Avenue, Chicago, IL 60628 - investment property (single family residence)** |

Property will be *(check one)*:
    ☐ Surrendered     ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt     ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br><br>**Bank of America** | **Describe Property Securing Debt:**<br><br>**10837 S. Vincennes Avenue, Chicago, IL 60643 - investment property (single family residence) - titled in Family Realty Solutions, Inc.** |

Property will be *(check one)*:
    ☑ Surrendered     ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt     ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br><br>**Chase (Washington Mutual)** | **Describe Property Securing Debt:**<br><br>**301 W. 108th Place, Chicago, IL 60638 - investment property (single family residence) - titled in name of JAAB** |

Property will be *(check one)*:
    ☐ Surrendered     ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)                                                                 Page 3

Property is *(check one)*:
- ☐ Claimed as exempt                              ☑ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br><br>**Chase (Washington Mutual)** | **Describe Property Securing Debt:**<br><br>**356 Minocqua Street, Park Forest, IL 60466**<br>**- investment property (single family residence)** |

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                              ☑ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br><br>**Chicago Fire Fighters Credit Union** | **Describe Property Securing Debt:**<br><br>**2002 Chevy Avalanche**<br>**130,000 miles**<br>**Lender: CF Credit Union** |

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                              ☑ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br><br>**CitiMortgage** | **Describe Property Securing Debt:**<br><br>**17532 S. Mulberry Street, Country Club Hills, IL 60478 - investment property (single family residence) - titled in Family Realty Solutions, Inc. - Quit Claim Deed obtained from Vera Coleman - Mortgage in name of Vera Coleman** |

B 8 (Official Form 8) (12/08)                                                                                      Page **4**

---

Property will be *(check one)*:

     ☐ Surrendered       ☑ Retained

If retaining the property, I intend to *(check at least one)*:

     ☐ Redeem the property

     ☑ Reaffirm the debt

     ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:

     ☐ Claimed as exempt      ☑ Not claimed as exempt

---

| Property No.  9 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| **GreenPoint Mortgage Funding, Inc.** | **8334 S. Ada Street, Chicago, IL 60620 - investment property (single family residence)** |

Property will be *(check one)*:

     ☑ Surrendered       ☐ Retained

If retaining the property, I intend to *(check at least one)*:

     ☐ Redeem the property

     ☐ Reaffirm the debt

     ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:

     ☐ Claimed as exempt      ☑ Not claimed as exempt

---

| Property No. 10 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| **HFC** | **8538 S. Bishop Street, Chicago, IL 60620 - investment property (single family residence) - in name of Family Realty Solutions, Inc. - Quit Claim Deed obtained from Jerry & Emma Thomas - mortgage in name of Jerry Thomas** |

Property will be *(check one)*:

     ☐ Surrendered       ☑ Retained

If retaining the property, I intend to *(check at least one)*:

     ☐ Redeem the property

     ☑ Reaffirm the debt

     ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)                                                                                                    Page 5

| Property is *(check one)*: |  |
|---|---|
| ☐ Claimed as exempt | ☑ Not claimed as exempt |

---

**Property No. 11**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Highland Community Bank** | **6525 S. Claremont Avenue, Chicago, IL 60636 - investment property (single family residence)** |

Property will be *(check one)*:
    ☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt        ☑ Not claimed as exempt

---

**Property No. 12**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **HSBC Bank, USA, N.A.** | **10837 S. Vincennes Avenue, Chicago, IL 60643 - investment property (single family residence) - titled in Family Realty Solutions, Inc.** |

Property will be *(check one)*:
    ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt        ☑ Not claimed as exempt

---

**Property No. 13**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Litton Loan Servicing** | **3225 W. 85th Street, Chicago, IL 60652 - Single Family residence** |

B 8 (Official Form 8) (12/08)                                                                                    Page 6

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☑ Claimed as exempt          ☐ Not claimed as exempt

---

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Bank, N.A.** | **Describe Property Securing Debt:**<br>**869 Bonnie Brae Lane, Bolingbrook, IL 60440 - investment property (single family residence)** |

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No. 15 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**14514 S. Chicago Road, Dolton, IL 60419 - investment property (single family residence)** |

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)

| Property No. 16 | |
|---|---|
| **Creditor's Name:**<br><br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br><br>**619 Margaret Avenue, Dolton, IL 60419 - investment property (single family residence)** |

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

| Property No. 17 | |
|---|---|
| **Creditor's Name:**<br><br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br><br>**620 Margaret Street, Dolton, IL 60419 - investment property (single family residence)** |

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

| Property No. 18 | |
|---|---|
| **Creditor's Name:**<br><br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br><br>**637 Margaret Street, Dolton, IL 60419 - investment property (single family residence)** |

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)                                                                        Page 8

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>❏ YES    ❏ NO |

___0___   continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _12-29-09_                                       _____

**Elton A. Hicks**
Signature of Debtor